IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAL DAUGHERTY,

      Plaintiff,                    No. CIV S-09-1908 EFB P

      vs.

LYDIA C. HENSE,

      Defendant.                ORDER

                              /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Plaintiff has not paid the filing fee or filed an application to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Kern County, California.  Kern County is in the Fresno Division of this court; and, therefore, the action should have been commenced there.  *See* Local Rule 3-120(d).

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: July 16, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE