# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL DAUGHERTY, | CASE NO. 1:09-cv-01236-DLB PC |
| Plaintiff, | ORDER DENYING AS PREMATURE MOTION FOR SUMMARY JUDGMENT |
| v. | (Doc. 10) |
| LYDIA C. HENSE, | |
| Defendant. | |

_____/

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983 on July 13, 2009. Plaintiff filed this action on July 13, 2009. On September 2, 2009, Plaintiff filed a motion for a hearing and/or summary judgment.

The Court has not yet screened Plaintiff's amended complaint and defendant has not yet appeared in this action. 28 U.S.C. § 1915A(a). Plaintiff's request for a hearing and/or summary judgment is denied without prejudice as premature.

IT IS SO ORDERED.

Dated:   **November 2, 2009**          /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

1